

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-17-00505-CR & 04-17-00506-CR

Richard Anthony **GALINDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court Nos. 5792 & 5793
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED February 13, 2019.

Sandee Bryan Marion, Chief Justice